IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIANE LILLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-194-WKW |
| | ) [WO] |
| U.S. BANK, N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On May 6, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff Diane Lilly's Motion for a Preliminary Injunction (Doc. # 1) is DENIED, and that Plaintiff's remaining claims are REFERRED back to the Magistrate Judge for further proceedings.

DONE this 2nd day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE