IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIANE LILLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:15-CV-194-WKW |
| ) | [WO] |
| U.S. BANK, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 29, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED with modification, that Defendants' Motion to Compel Arbitration (Doc. # 8) is GRANTED as to all of Plaintiff's claims against both Defendants, and that this action is STAYED pending arbitration.

Accordingly, it is ORDERED that Plaintiff Diane Lilly shall submit this dispute to arbitration in the manner provided for in the arbitration clause in accordance with 9 U.S.C. §§ 3–4. It is further ORDERED that Ms. Lilly shall file a jointly prepared report regarding the status of the arbitration proceedings on or

before September 18, 2015, and every ninety (90) days thereafter, until this matter is resolved.

DONE this 19th day of June, 2015.

                                          /s/ W. Keith Watkins  
                                CHIEF UNITED STATES DISTRICT JUDGE